FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARIN W. MERCADO,<br><br>     Plaintiff,<br><br>  v.<br><br>SHAWN WILLIAMS, STEVEN HARRIS, and ROBERT BENEFIELD, each in their personal capacities; MICHAEL A. RUTH and JANE DOE RUTH; and STEVEN M. BLY-RIGGIN and JANE DOE BLYRIGGIN,<br><br>     Defendants. | No. 4:14-CV-5071-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 12, 2016, the parties filed a stipulated dismissal, ECF No. 33. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

 **1.** The parties' Stipulation of Dismissal, **ECF No. 33**, is **GRANTED.**

 **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

 **3.** All pending motions are **DENIED AS MOOT.**

 **4.** All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge