FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARIN W. MERCADO, an individual,<br><br>                        Plaintiff,<br><br>        v.<br><br>MICHAEL A. RUTH, JANE DOE RUTH, STEVEN M. BLY-RIGGIN and JANE DOE BLY-RIGGIN,<br><br>                        Defendants. | No.   4:14-CV-5071-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 6, 2016, the Plaintiff filed a Motion for dismissal, ECF No. 68. Consistent with Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The Plaintiff's Motion for Dismissal, **ECF No. 68**, is **GRANTED.**

   **2.**   All claims against Defendants RUTH and BLY-RIGGIN are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2